## Swartwout *manucaptor* of Sands, *ads*. Gelston, assignee of the sheriff of New-York.

THIS was an application to ftay proceedings on bail bond.   The attorney for defendant in the original fuit, had given notice of retainer and of bail at the fame time, by leaving it at the office of plaintiff's attorney which was kept in his dwelling-houfe, when no perfon was prefent.   It appeared that two terms had elapfed before the prefent fuit was commenced.

It was infifted, 1ft, that the fervice of notice was regular, and to this point was cited 4 Durn. and Eaft, 464.   And 2d, that the plaintiff had been negligent in delaying fo long to put the bail bond in fuit.   Barnes's Notes, 103.

*Per Curiam.*   The notice was not duly ferved. It fhould have been given to fome perfon in the *houfe.*   To make a notice good, it muft be fhewn that every thing has been done to bring it *home to*

*the party.* The fervice muft firft be on fome perfon in the office, and belonging there; if nobody is there, it muft be upon fome one in the houfe where the attorney refides or the office is kept; and if nobody is there it may be left in the office. But as there has been a negligence on the part of the plaintiff in not putting the bail bond in fuit at the fubfequent term, we will not now fix the bail for the irregulariy of the notice, which the prevalence of the yellow fever in the city at the time may in fome meafure excufe.

Let the proceedings ftay on payment of cofts, and receiving a juftification of bail if required.

*Wortmam* for Defendant.
*Coleman* for Plaintiff.

## Waters, sheriff of Orange, *ads*. The People.

THE fheriff was brought in upon an attachment, and the plaintiff in the original fuit having filed interrogatories within the four days allowed him, and the fheriff having alfo filed his anfwers as taken by the clerk, the following judgment was entered.

*Per Curiam.* A fheriff is not to be confidered as in contempt for not acting on an execution which never came to his *perfonal* knowledge, or was not lodged in his office. But in this cafe it appears the *fi. fa.* was delivered to a *deputy*, and